```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                    Case No. 11-cr-99-PB

<u>James M. Taylor</u>

## <u>O R D E R</u>

The defendant has moved through counsel to continue the September 7, 2011 trial in the above case citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 7, 2011 to November 1, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 29, 2011 final pretrial conference is continued until October 24, 2011 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 29, 2011

cc: Jonathan Saxe, Esq.
Clyde Garrigan, AUSA
United States Marshal
United States Probation